## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DENNIS ATIYEH** | : |
| | : |
| **DENNIS ATIYEH,** | : |
|         **Appellant,** | : |
| | : |
|        **v.** | :   **CIVIL ACTION NO. 12-2014** |
| | : |
| **UNITED STATES TRUSTEE,** | : |
|         **Appellee.** | : |
| | : |

### ORDER

**AND NOW**, this 3rd day of January 2013, it is hereby **ORDERED** that the Order of the Bankruptcy Court dated March 1, 2013 is **AFFIRMED**. The appeal as to the Orders of the Bankruptcy Court dated January 12, 2012, having been dismissed for lack of jurisdiction by Order of August 17, 2012, the appeal is concluded.

The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

**/s/ Cynthia M. Rufe**

_____
 **CYNTHIA M. RUFE,  J.**